# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00735-CV

**D & S Residential Services, LP, Appellant**

**v.**

**Melissa Hughes, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN-13-000909, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has failed to prosecute this appeal. Appellant's brief was due on January 2, 2014. On January 10, 2014, this Court's clerk sent appellant a notice advising that its brief was overdue and cautioned that the appeal could be dismissed for want of prosecution unless appellant filed a response reasonably explaining its failure to file a brief. The response was due by January 21, 2014. Appellant has neither responded to the notice nor filed a brief. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3 (b), (c).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Prosecution

Filed: February 13, 2014